# TIFFANY & BOSCO
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-16769/1044904779

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-13500-JMM |
| Earlie R. Pryor and C/O Pima County Public Fiduciary | Chapter 13 |
| Debtors. | NOTICE OF MORTGAGE PAYMENT CHANGE |

First Franklin Financial Corporation, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings Mortgage Payment Change. The new monthly payment is $ 616.98, effective September 1, 2009.

DATED this 11th day of August, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Movant

COPY of the foregoing mailed
August 11, 2009 to:

Earlie R. Pryor and C/O Pima County Public Fiduciary
33 N. Stone Ave. #400
Tucson, AZ  85701
Debtors

Raymond Hayes
1656 North Columbus Blvd.
Tucson, AZ  85712
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ  85741
Trustee

By:  Cheryl Chavez